No. 88, Misc. HAMPTON v. DEBLAAY ET AL., 358 U. S. 850. Motion for leave to file petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

MARCH 2, 1959.

No. 41. NEW YORK CENTRAL RAILROAD Co. v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY ET AL. Appeal from the United States District Court for the District of New Jersey. (Probable jurisdiction noted, 357 U. S. 917.) The motion to continue and for other relief is denied. *Thomas E. Dewey* and *Gerald E. Dwyer* for appellant-movant. *William A. Roberts* and *Milton T. Lasher* for appellees in opposition.

No. 178. THE MONROSA ET AL. v. CARBON BLACK EX-PORT, INC. Certiorari, 358 U. S. 809, to the United States Court of Appeals for the Fifth Circuit. The motion of American Institute of Marine Underwriters for leave to file brief, as *amicus curiae,* is granted. *Henry N. Longley* for movant.

No. 157. STEVENS, SUCCESSOR TO LAWLER, SECRETARY OF HIGHWAYS OF PENNSYLVANIA, ET AL. v. CREASY ET AL. Appeal from the United States District Court for the Western District of Pennsylvania. (Probable jurisdiction noted, 358 U. S. 807.) The motion to substitute David L. Lawrence and Park H. Martin in the place of George M. Leader and Lewis M. Stevens as parties appellant is granted. *Anne X. Alpern,* Attorney General of Pennsylvania, for movant.